IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| NITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. **5:06-CR-50034-001** |
| | ) | |
| **PABLO ZAMORA,** | ) | |
| Defendant. | ) | |

## ORDER ALLOWING WITHDRAWAL OF COUNSEL

This Court, after being fully and sufficiently advised as to the matters before it, and after finding Counsel's Motion to Withdraw as Counsel of Record to be well taken, does hereby find, order, adjudge and decree the following:

1. That the Office of the Federal Public Defender and its attorney, Jack Schisler, are hereby allowed to withdraw as counsel of record for the defendant, Pablo Zamora, and are relieved of all further representation in regards to this matter.

IT IS SO ORDERED.

/s/Jimm Larry Hendren
Hon. Jimm Larry Hendren
Chief United States District Judge

Entered: July 7, 2006